■ TIMOTHY D. GAY, Appellant, v MARIA GAY, Respondent. (Appeal No. 3.) [996 NYS2d 202]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ TIMOTHY D. GAY, Appellant, v MARIA GAY, Respondent. (Appeal No. 4.) [996 NYS2d 202]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ TIMOTHY D. GAY, Appellant, v MARIA GAY, Respondent. (Appeal No. 5.) [996 NYS2d 202]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ KAI LIN, Appellant, v DEPARTMENT OF DENTISTRY, UNIVERSITY OF ROCHESTER MEDICAL CENTER et al., Respondents, et al., Defendant. [996 NYS2d 202]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ In the Matter of MATTHEW GRAF et al., Appellants, v TOWN OF LIVONIA et al., Respondents. [996 NYS2d 202]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MERINO, Appellant. [995 NYS2d 690]—Motion to dismiss granted. Memorandum: The matter is remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS H. SEISER, Also Known as JOHN DOE, Appellant. [995 NYS2d 690]—Motion to dismiss granted. Memorandum: The matter is remitted to Monroe County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN LEE MARTIN, Appellant. [996 NYS2d 201]—Appeal dismissed as moot. Counsel's motion to be relieved of assignment granted.